1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234

8  Attorneys for the United States

**FILED**
JUL 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA           **MEJ**
11                    SAN FRANCISCO DIVISION

12

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08 70407 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| MARVIN R. HICKS, | ) | |
| Defendant. | ) | |

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
Procedure that on July 3, 2008, the above-named defendant was arrested based upon an arrest
warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

☒ Other (describe)  Order of the Court

pending in the District of Kansas, Case Number CR 07-10180-07-WEB.

   In that case, the defendant is charged with violations of Title 18, United States Code,
Sections 371, 1343, 1956, and 2.

1


...


1  Description of Charges: Conspiracy to Commit Wire Fraud (18 U.S.C. § 371 and § 1343);
2  Wire Fraud (18 U.S.C. § 1343 and § 2); Conspiracy to Commit Money Laundering (18 U.S.C. §
3  1956 and § 371).

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 7/7/08

Wendy Thomas
Special Assistant U.S. Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

**COPY**

# United States District Court

DISTRICT OF _____ Kansas

UNITED STATES OF AMERICA

v.

MARVIN R. HICKS

## WARRANT FOR ARREST

CASE NUMBER: 07-10180-07-WEB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARVIN R. HICKS__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her    (brief description of offense)

failure to appear at motion hearings set for 6/30/2008.

**. See attached indictment for additional charges.

in violation of _____ United States Code, Section(s) _____

TIMOTHY M. O'BRIEN
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

July 2, 2008    at Wichita, Kansas
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*COPY*

07/03/2008 Case 3:08-mj-70407-MEJ  Document 1  Filed 07/07/2008  Page 4 of 5   03/06
Jul 03 2008 3:08PM   US Marshals Serv-Wichita   316-269-6480   p.3

Case 6:07-cr-10180-WEB   Document 128   Filed 07/02/2008   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 07-10180-07-WEB |
| ) | |
| MARVIN R. HICKS, a/k/a Randy Smith, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now on this 2nd day of July, 2008, the Motion of the United States to revoke Defendant Hicks' release and for an Arrest Warrant comes on for hearing.

After reviewing the file and the Motion the Court finds as follows:

1) A Hearing was held on June 30, 2008, at 10:00 a.m., to address the request of Defendant Hicks that his attorney-client relationship be terminated. Defendant Hicks was informed of the date and time for the hearing by his court appointed counsel, Assistant Federal Public Defender, Cyd Gilman. Defendant Hicks did not appear for the hearing.

2) A Hearing was held on June 30, 2008, at 10:30 a.m. to address the joint motion of Defendants John Persaud, Cheri Persaud, Brian Renneisen, and Richard Hagan to continue the trial settings and motions deadline. Defendant Hicks did not appear for the hearing.

3) The Conditions of Released imposed upon Defendant Marvin R. Hicks required Defendant Hicks to "appear at all proceedings as required" at the "US Courthouse, 401 N. Market, Wichita, Kansas on (sic) AS DIRECTED."

It is therefore ordered that:

07/03/2008 Case 3:08-mj-70407-MEJ    Document 1    Filed 07/07/2008    Page 5 of 5  PAGE 04/06
Jul 03 2008 3:08PM   US Marshals Serv-Wichita    316-269-6480      p.4

Case 6:07-cr-10180-WEB    Document 128    Filed 07/02/2008    Page 2 of 2

An Arrest Warrant be issued for the arrest of Marvin R. Hicks and that he be delivered into the custody of the United States Marshal for the District of Kansas and upon the arrest of Marvin R. Hicks, that a hearing be scheduled to determine whether there are conditions of release which can satisfy the safety of the community and the appearance of Defendant Hicks at all future proceedings.

S/Wesley E. Brown
HONORABLE WESLEY E. BROWN
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

ERIC F. MELGREN
U.S. Attorney

s/ Alan G. Metzger
ALAN G. METZGER
Asst. U.S. Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
(316)269-6481
Alan.Metzger@usdoj.gov
Ks S. Ct. No. 10143

2