1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-7210
7       Fax: (415) 436-7234
        Email: robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO VENUE

13 | UNITED STATES OF AMERICA,        )   No. 3 08 70407 MEJ
14 |         Plaintiff,                )
                                       )   STIPULATION AND [PROPOSED]
15 |    v.                             )   ORDER CONTINUING
                                       )   IDENTIFICATION AND
16 | MARVIN R. HICKS,                  )   DETENTION HEARING DATE
      a/k/a Randy Hicks,               )
17                                     )
             Defendant.                )
18 | _____)

19         The parties hereby stipulate that the identification and detention hearing in this

20 matter be continued from Thursday, July 10, 2008, at 9:30AM, to Monday, July 14, 2008,

21 at 9:30AM. The reasons for the stipulation for the continuance request are as follows:

22         It has come to the attention of the parties that scheduling issues with the Court may

23 make it difficult to complete the identification and detention hearing within the time

24 allotted on Thursday. Additionally, counsel for the defendant would like additional time

25 to speak with his client and otherwise prepare for the proceedings. The parties agree that

26 continuing the defendant's detention and identification hearing for the foregoing reasons

27 //

28 //

   Stipulation and Order Continuing Hearing Date, 3 08 70407 MEJ

1  is the best approach for the efficient administration of justice in this matter.

3  **IT IS SO STIPULATED:**

5  DATED:   July 10 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            ROBERT DAVID REES
                                            Assistant U.S. Attorney

10 DATED:   July 10, 2008

                                            RON TYLER, ESQ.
                                            Attorney for Defendant

13 **IT IS SO ORDERED.**

15 DATED:   7/10/08

                                            HON. NANDOR J. VADAS
                                            United States Magistrate Judge

Stipulation and Order Continuing Hearing Date, 3 08 70407 MEJ

2