1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-7210
7     Fax: (415) 436-7234
      Email: robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO VENUE

13 UNITED STATES OF AMERICA,    )   No. 3 08 70407 MEJ
                                )
14      Plaintiff,              )
                                )   **STIPULATION AND [PROPOSED]**
15      v.                      )   **ORDER CONTINUING**
                                )   **IDENTIFICATION AND**
16 MARVIN R. HICKS,             )   **DETENTION HEARING DATE**
       a/k/a Randy Hicks,       )
17                              )
        Defendant.              )
18 _____)

19     The parties hereby stipulate that the identification and detention hearing in this

20 matter be continued from Monday, July 14, 2008 at 9:30AM to Thursday, July 17, 2008 at

21 9:30AM. The reasons for the stipulation for the continuance request are as follows:

22     Due to a last minute conflict, the agent from the District of Kansas originally

23 expected to testify at Monday's identification hearing cannot be available. Instead, the

24 United States has identified one of his colleagues, who is also familiar with the case, to

25 testify in his stead. However, on such short notice the investigative agency is unable to

26 produce a *Gilgio* letter in time for a Monday morning hearing. They expect to be able to

27 review their files to produce such a letter by midweek. The parties agree that continuing

28 the defendant's detention and identification hearing for the foregoing reasons

Stipulation and Order Continuing Hearing Date, 3 08 70407 MEJ

1  is the best approach for the efficient administration of justice in this matter.

2

3  **IT IS SO STIPULATED:**

4

5  DATED:     July 11, 2008                    JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7                                                     _____/s_____
                                               ROBERT DAVID REES
8                                              Assistant U.S. Attorney

9

10 DATED:     July 11, 2008                          _____/s_____
                                               RON TYLER, ESQ.
11                                             Attorney for Defendant

12

13 **IT IS SO ORDERED.**

14

15 DATED:                                            _____
                                               HON. NANDOR J. VADAS
16                                             United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Continuing Hearing Date, 3 08 70407 MEJ
2