

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | ROBERT DAVID REES (CASBN 229441)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-7210 |
| 7 | Fax: (415) 436-7234<br>Email: robert.rees@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |



FILED
JUL 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3 08 70407 MEJ |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING<br>IDENTIFICATION AND |
| MARVIN R. HICKS,<br>a/k/a Randy Hicks, | ) | DETENTION HEARING DATE |
| Defendant. | ) | |

The parties hereby stipulate that the identification and detention hearing in this matter be continued from Monday, July 14, 2008 at 9:30AM to Thursday, July 17, 2008 at 9:30AM. The reasons for the stipulation for the continuance request are as follows:

Due to a last minute conflict, the agent from the District of Kansas originally expected to testify at Monday's identification hearing cannot be available. Instead, the United States has identified one of his colleagues, who is also familiar with the case, to testify in his stead. However, on such short notice the investigative agency is unable to produce a *Gilgio* letter in time for a Monday morning hearing. They expect to be able to review their files to produce such a letter by midweek. The parties agree that continuing the defendant's detention and identification hearing for the foregoing reasons

Stipulation and Order Continuing Hearing Date, 3 08 70407 MEJ

1 | is the best approach for the efficient administration of justice in this matter.

3 | **IT IS SO STIPULATED:**

5 | DATED:    July 11, 2008                    JOSEPH P. RUSSONIELLO
                                               United States Attorney

7 |                                            _____/s_____
                                               ROBERT DAVID REES
8 |                                            Assistant U.S. Attorney

10 | DATED:    July 11, 2008                   _____/s_____
                                               RON TYLER, ESQ.
11 |                                           Attorney for Defendant

13 | **IT IS SO ORDERED.**

15 | DATED: 7/14/08                            _____
                                               HON. NANDOR J. VADAS
16 |                                           United States Magistrate Judge

Stipulation and Order Continuing Hearing Date, 3 08 70407 MEJ

2